UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Powerbox Systems Americas Corp.
DBA JetCat Turbines Americas,
A Florida Limited Liability Company   )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )   CASE NO.: **1:24-cv-24038-JAL**
                                      )
Ingenieurbüro CAT, M.Zipperer GmbH,   )
                                      )
        Defendant.                    )
_____)

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Powerbox Systems Americas Corp. DBA JetCat Turbines Americas, through its undersigned counsel, gives notice that pursuant to Rule 41(a)(1)(A)(i) it hereby voluntarily dismisses without prejudice this action against Defendant Ingenieurbüro CAT, M.Zipperer GmbH.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Dismissal Of Action Without Prejudice was furnished via e-service through the CM/ECF portal to all counsel of record on this 21st of January, 2025.

**Respectfully submitted,**

/s/ ***Davy Karkason***
Davy Karkason, Esq.
Florida Bar No. 1031867
Yann Salomon, Esq.
Florida Bar No. 1035624
Transnational Matters, PLLC

*Counsel for Plaintiff*
2121 Biscayne Blvd, #1878
Miami FL 33137
Office: (305) 417-9866
E-mails: dk@transnationalmatters.com
ys@transnationalmatters.com
paralegal@transnationalmatters.com